IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAMESES,

       Petitioner,                  No. CIV S-11-1292 GEB GGH P

      vs.

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
et al.,

       Respondents.            ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a notice of appeal of this court's January 4, 2012 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

For the reasons set forth in the magistrate judge's August 11, 2011 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

Dated: June 13, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge